**No. 10A3 (09-1332). Charles J. Sain, Applicant v. Carolyn M. Snyder, et al.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5667.

August 16, 2010. Application for injunction, addressed to The Chief Justice and referred to the Court, denied.

**No. 10A56. Orly Taitz, Applicant v. Thomas D. MacDonald, Colonel Garrison Commander, Fort Benning, et al.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5670.

August 16, 2010. Application for stay, addressed to Justice Alito and referred to the Court, denied.

**No. 09-150. Michigan, Petitioner v. Richard Perry Bryant.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5653.

August 16, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of Richard D. Friedman for leave to participate in oral argument as amicus curiae and for divided argument denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-400. Vincent E. Staub, Petitioner v. Proctor Hospital.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5640.

August 16, 2010. Motion of American Association for Justice for leave to file a brief as amicus curiae granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-893. AT&T Mobility LLC, Petitioner v. Vincent Concepcion, et ux.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5634.

August 16, 2010. Motion of petitioner to dispense with printing the joint appendix granted.

**No. 09-1036. David L. Henderson, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5648.

August 16, 2010. Motion of petitioner to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.